# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

JAMES L. PHILLIPS,

       Plaintiff,

   v.

MIKE THURMER,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-286-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____4/30/09_____
Date